DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERNON HUGHES, M.D.,**
Appellant,

v.

**MISSISSIPPI EMERGENCY PHYSICIANS SERVICES, LLC,**
Appellee.

No. 4D21-343

[October 21, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE17-010356.

Albert Naranjo of AN Law Firm, P.A., Miami Lakes, for appellant.

Patrick H. Telan and Marshall E. McKinstry of Grower, Ketcham, Eide, Telan & Meltz, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\*     \*     \*

*Not final until disposition of timely filed motion for rehearing.*